**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTICT OF TEXAS
TYLER DIVISION**

| | |
|---|---|
| **SELECTIVE SIGNALS, LLC,**<br><br>　　　　　　　　　**Plaintiff,**<br>　v.<br><br>**FORTINET, INC.,**<br><br>　　　　　　　　　**Defendant.** | Case No. 6:17-cv-64-RWS-KNM<br><br>**JURY TRIAL DEMANDED**<br><br>*(Consolidated Lead Case)* |
| **SELECTIVE SIGNALS, LLC,**<br><br>　　　　　　　　　**Plaintiff,**<br>　v.<br><br>**PALO ALTO NETWORKS, INC.**<br><br>　　　　　　　　　**Defendant.** | Case No. 6:17-cv-65-RWS-KNM<br><br>**JURY TRIAL DEMANDED** |

**PLAINTIFF'S UNOPPOSED MOTION FOR EXTENSION OF TIME
TO RESPOND TO DEFENDANT'S MOTION TO TRANSFER
<u>VENUE TO THE NORTHERN DISTRICT OF CALIFORNIA</u>**

Plaintiff Selective Signals, LLC ("Selective Signals") respectfully requests an extension of time to respond to Defendant Palo Alto Signals, Inc.'s Motion to Transfer Venue to the Northern District of California (Doc. #17) ("Motion"), to and including August 4, 2017. In support of this motion, Selective Signals states as follows:

1.　Palo Alto Signals, Inc. ("Palo Alto") filed its Motion on July 14, 2017. Pursuant to Local Rule CV 7(e), Selective Signals' response would be due on July 28, 2017.

2.　Selective Signals requests a one week extension of time to respond to Palo Alto's Motion to and including August 4, 2017.

3.　Good cause exists for this extension, as it is made in good faith and not intended for the purpose of harassment or delay, and no party will be prejudiced by the requested extension.

1

WHEREFORE, Selective Signals, LLC respectfully requests that the time to respond to Palo Alto Signals, Inc.'s Motion be extended to and including August 4, 2017.

DATED: July 24, 2017                          Respectfully submitted,

                                              */s/ Todd Y. Brandt*
                                              Todd Y. Brandt
                                              TX SB # 24027051
                                              BRANDT LAW FIRM
                                              222 North Fredonia St
                                              Longview, Texas 75601
                                              Telephone:  (903) 212-3130
                                              Facsimile:  (903) 753–6761
                                              tbrandt@thebrandtlawfirm.com

                                              ***Attorneys for Selective Signals, LLC***

## CERTIFICATE OF CONFERENCE

On July 24, 2017, Todd Brandt, counsel for Plaintiff, conferred with S. Neil Anderson, counsel for Defendant Palo Alto Networks, Inc., by email, and Mr. Anderson has agreed to the relief sought in this motion.

                                              */s/ Todd Y. Brandt*
                                              Todd Y. Brandt

## CERTIFICATE OF SERVICE

I hereby certify that counsel of record who are deemed to have consented to electronic service are being served this 24th day of July, 2017, with a copy of this document via the Court's CM/ECF system per Local Rule CV-5(a)(3).  Any other counsel of record will be served by electronic mail, facsimile transmission and/or first class mail on this same date.

                                              */s/ Todd Y. Brandt*
                                              Todd Y. Brandt